QUINN EMANUEL URQUHART & SULLIVAN, LLP
Crystal Nix-Hines (Bar No. 326971)
Shon Morgan (Bar No. 187736)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant General Motors LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIBERTO LOZA GONZALEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CASE No. 1:26-cv-04222-JLT-EGC<br><br>**JOINT STIPULATION AND ORDER REGARDING PROPOSED FIRST AMENDED COMPLAINT**<br><br>The Hon. Jennifer L. Thurston<br><br>Action Filed: June 1, 2026<br><br>Doc. 16 |

Plaintiff Filiberto Loza Gonzalez ("Plaintiff") and Defendant General Motors LLC ("GM," and together, the "Parties") hereby stipulate and respectfully request that the Court extend Plaintiff's deadline to file an amended complaint in response to GM's Motion to Dismiss ("Motion") from August 12, 2026, until September 7, 2026.

The Parties to this action, through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on July 22, 2026, Defendant filed its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6) (Dkt. 14);

WHEREAS, the Motion is currently noticed for hearing on August 26, 2026;

WHEREAS, the Parties have met and conferred and agree that Plaintiff shall file an amended complaint by September 7, 2026;

WHEREAS, the Parties further agree that Defendant shall have thirty (30) days to file a Motion to Dismiss the amended complaint and that Plaintiff shall have thirty (30) days to oppose the motion. The Parties further agree that this amendment will be Plaintiff's final amendment prior to a ruling on the Motion to Dismiss, absent newly discovered facts or other good cause;

WHEREAS, this stipulation is submitted pursuant to Federal Rule of Civil Procedure 6(b). The requested extension is sought in good faith, will facilitate the orderly presentation of the issues, and is not sought for purposes of delay;

WHEREAS, this is the Parties' first request for a continuance of Plaintiff's deadline to respond to the Motion to Dismiss.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned Parties, subject to Court approval, as follows:

1. Plaintiff's deadline to file an amended complaint shall be extended to September 7, 2026.

2. Defendant shall have until October 7, 2026, to file a Motion to Dismiss the amended complaint.

3. Plaintiff shall have until November 6, 2026, to file an opposition to the Motion to Dismiss the amended complaint.

IT IS SO STIPULATED.

DATED: August 5, 2026

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By *\/s/ Crystal Nix-Hines*
Crystal Nix-Hines
*Attornevs for General Motors LLC*

DATED: August 5, 2026

POMERANTZ LLP

By */s/ Ari Yale Basser*
Ari Yale Basser
*Attorneys for Plaintiff*

**ECF ATTESTATION**

I, Ari Y. Basser, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By */s/ Ari Y. Basser*
Ari Y. Basser

**ORDER**

PURSUANT TO THE PARITES' STIPULATION, (Doc. 16) AND GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that:

1. Plaintiff's deadline to file an amended complaint shall be extended to September 7, 2026.

2. Defendant shall have until October 7, 2026, to file a Motion to Dismiss the amended complaint.

3. Plaintiff shall have until November 6, 2026, to file an opposition to the Motion to Dismiss the amended complaint.

IT IS SO ORDERED.

Dated: **August 6, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE