**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FILIBERTO LOZA GONZALEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CASE No. 1:26-cv-04222-JLT-EGC<br><br>**ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. 21) |

The Court is in receipt of the parties' Stipulation to Continue Initial Scheduling Conference and Related Deadlines, (Doc. 21). For good cause shown, the Court will GRANT the stipulation as follows:

1. The Initial Scheduling Conference set for November 3, 2026 is continued to March 4, 2027 at 9:15 AM before Magistrate Judge Erin Guy Castillo. The parties SHALL file their joint scheduling report 7 days prior to the conference.

2. If the Court has not resolved any motion to dismiss the amended complaint prior to the March scheduling conference, the Court will, on its own accord, further continue the Initial Scheduling Conference to allow time for the Court to resolve any such motion to dismiss. No further action to request an additionally continuance will be required

from the parties.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE