## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIBERTO LOZA GONZALEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CASE No. 1:26-cv-04222-JLT-EGC<br><br>**ORDER TO EXTEND REPLY BRIEF DEADLINE**<br><br>(Doc. 30) |

The Court is in receipt of the parties' "Joint Stipulation for Extension to File Reply Brief." (Doc. 30). For good cause shown, IT IS HEREBY ORDERED that Defendant General Motors LLC shall have until November 25, 2026 to file its reply brief in support of its motion to dismiss.

IT IS SO ORDERED.

Dated: **November 16, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE